**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2329

THE CHRISTIAN SCIENCE BOARD OF DIRECTORS OF
THE FIRST CHURCH OF CHRIST, SCIENTIST; THE
CHRISTIAN SCIENCE PUBLISHING SOCIETY,

Plaintiffs - Appellees,

versus

DAVID E. ROBINSON,

Defendant - Appellant,

and

DAVID J. NOLAN; UNIVERSITY OF CHRISTIAN SCI-
ENCE; THE ROAN MOUNTAIN INSTITUTE OF CHRISTIAN
SCIENCE AND HEALTH,

Defendants.

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville. Lacy H. Thornburg, District
Judge. (CA-99-148-1)

Submitted: October 10, 2001          Decided: October 26, 2001

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David E. Robinson, Appellant Pro Se.  Catharine Biggs Arrowood, PARKER, POE, ADAMS & BERNSTEIN, Raleigh, North Carolina; Joseph H. Leesem, COWAN, LIEBOWITZ & LATMAN, P.C., New York, New York, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David E. Robinson appeals from the district court's order finding him in civil contempt and stating conditions under which he may purge the contempt.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2